IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEKSANDR J. STOYANOV | : |
| v. | :     CIVIL NO. RDB 05-1567 |
| DONALD C. WINTER, SECRETARY OF THE NAVY, *et al.*, | : |
| | : |

O R D E R

The *pro se* Plaintiff having filed a Motion to Request Audio-Tape Recording of Scheduled Conference Call (Paper #39), said motion is **granted in part and denied in part,** as the proceedings will be transcribed by a court reporter for the permanency of the record, but will not be audio-taped. A transcript can then be ordered by the parties.

SO ORDERED this 7th day of August, 2006.

/s/
Richard D. Bennett
United States District Judge