IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALEKSANDR J. STOYANOV,<br>    Plaintiff | : | |
| | : | Case No. RDB-05-1567 |
| vs. | : | |
| GORDON R. ENGLAND,<br>Secretary of the Navy, et al.,<br>    Defendants | : | |

...oOo...

## MOTION TO COMPEL PRODUCTION OF AUGUST 15, 2006 TELECONFERENCE TRANSCRIPTS

Plaintiff Aleksandr Stoyanov files this Motion to compel the Court Reporter to produce transcripts of August 15, 2006 teleconference. On August 2, 2006, prior to the August 15, 2006 teleconference, Plaintiff filed motion requesting audio-tape recording and transcripts of teleconferences. The motion was granted in part with regard to the transcripts of the teleconferences.

On August 17, 2006, Plaintiff discussed ordering of the transcripts with the Court Reporter Ms. Lisa Blankins. Ms. Blankins informed Plaintiff that the transcripts of the August 15, 2006 teleconference can be delivered in two weeks at $3.30 per page for about 40 pages and requested a deposit of $150.00. On August 23, 2006, Plaintiff mailed deposit of $150.00 for delivery of the transcripts. On or about September 19, 2006, Plaintiff also called Ms. Blankins to inquire about not getting the transcripts and was informed that the transcripts were not ready for delivery.

As of today September 27, 2006, Plaintiff has not received the transcripts of the 8/15/06

1

teleconference. Accordingly, Plaintiff respectfully submits Motion to Compel the Court Reporter to produce the transcripts of the 8/15/06 teleconference.

Respectfully submitted

*Aleksandr Stoyanov*

Aleksandr Stoyanov
7560 Pindell School Rd
Fulton, MD 20759
Phone/Fax (301) 604 - 7615

### Certificate of Service

I hereby certify that on the __27th__ day of __September__ 2006, a copy of the Plaintiff's Motion and proposed Order were sent to the following via:

Fax (410) 962-9947 or First Class Mail
John W. Sippel, Jr.
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

*Aleksandr Stoyanov*

Aleksandr J. Stoyanov
7560 Pindell School Road
Fulton, MD 20759

2